IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIVIDAD SILVA, JR., ID # 23368-077,    ) | |
| Plaintiff,                                ) | |
| vs.                                       ) | No. 3:10-CV-0168-D |
|                                           ) | |
| BUREAU OF PRISONS, et al.,                ) | |
| Defendants.                               ) | |

### ORDER

After reviewing all relevant matters of record in this case, including the February 4, 2010 findings, conclusions, and recommendation of the United States Magistrate Judge and the February 24, 2010 objections of plaintiff thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

Accordingly, plaintiff's January 28, 2010 petition to proceed *In forma pauperis* is denied. Unless plaintiff pays the filing fee of $350 no later than April 8, 2010, this action will be dismissed by authority of 28 U.S.C. § 1915(g).

**SO ORDERED**.

March 8, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE