**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| NATIVIDAD SILVA, JR., ) <br> ID # 23368-077, ) <br>     Plaintiff, ) <br> vs. ) <br> ) <br> BUREAU OF PRISONS, et al., ) <br>     Defendants. ) | No. 3:10-CV-0168-D |

### ORDER

After reviewing all relevant matters of record in this case, including the May 14, 2010 findings, conclusions, and recommendation of the United States Magistrate Judge and plaintiff's June 4, 2010 objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

Plaintiff's June 15, 2010 motion to enlarge evidence is granted, but, for the reasons stated in the magistrate judge's findings, conclusions, and recommendation, this additional pleading does not support granting the relief plaintiff seeks in his motion for emergency temporary restraining order and preliminary injunction.

Accordingly, plaintiff's May 7, 2010 motion for emergency temporary restraining order and preliminary injunction is denied.

**SO ORDERED**.

July 29, 2010.

                                                  SIDNEY A. FITZWATER
                                                  CHIEF JUDGE